UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
www.flnb.uscourts.gov

In re:                                                    Chapter 11

MAXWELL JOSEPH BRUNER                                     Case No. 16-30302-JCO

    Debtor.
_____/

### NOTICE OF FILING AFFIDAVIT OF MAXWELL JOSEPH BRUNER

    The Debtor, MAXWELL JOSEPH BRUNER, hereby gives notice of filing the attached *Affidavit to Correct Scrivener's Error as to Official Form 101 – Voluntary Petition for Individuals Filing for Bankruptcy* (Doc. No. 1) and (ii) *Part 2 of Official Form 104 – For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders* (Doc. No. 3).

    Dated:  April 1, 2016

                                                  */s/ Elena Paras Ketchum*
                                                  Elena Paras Ketchum (FBN 0129267)
                                                  Jodi Daniel Cooke (FBN 052651)
                                                  Stichter Riedel Blain & Postler, P.A.
                                                  41 N. Jefferson Street, Suite 111
                                                  Pensacola, Florida   32502
                                                  (813) 229-0144 – Phone
                                                  (813) 229-1811 – Fax
                                                  Email: eketchum@srbp.com
                                                            jcooke@srbp.com
                                                  Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *Notice of Filing Affidavit of Maxwell Joseph Bruner* has been furnished on this 1st day of April, 2016, by the Court's CM/ECF electronic noticing to:

Jodi Daniel Cooke    jcooke@srbp.com, lhathaway@srbp.com; jcooke.ecf@srbp.com
United States Trustee    USTPRegion21.TL.ECF@usdoj.gov


                                            */s/ Elena Paras Ketchum*
                                            Elena Paras Ketchum

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                           Chapter 11

MAXWELL JOSEPH BRUNER                            Case No. 16-30302-JCO

   Debtor.
_____/

**AFFIDAVIT TO CORRECT SCRIVENER'S ERRORS AS TO (I) OFFICIAL FORM 101 – *VOLUNTARY PETITION FOR INDIVIDUALS FILING FOR BANKRUPTCY* AND (II) OFFICIAL FORM 104 – *FOR INDIVIDUAL CHAPTER 11 CASES: LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AGAINST YOU AND ARE NOT INSIDERS***
(Doc. Nos. 1 and 3)

STATE OF FLORIDA
COUNTY OF OKALOOSA

BEFORE ME, the undersigned, personally appeared Maxwell Joseph Bruner (the "**Debtor**"), who, being duly sworn, deposes and states:

1. This affidavit is submitted to correct scrivener's errors with respect to the execution dates for my signatures set forth in (i) Part 7 of Official Form 101 – *Voluntary Petition for Individuals Filing for Bankruptcy* (the "**Petition**") (Doc. No. 1) and (ii) Part 2 of Official Form 104 – *For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders* (the "**20 Largest Creditors List**") (Doc. No. 3).

2. Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

3. On March 30, 2016, I personally appeared in the Pensacola office of Stichter, Riedel, Blain & Postler, P.A. to review and execute the Petition and the 20 Largest Creditors List.

4. I inadvertently misdated my signature on each of the Petition and 20 Largest Creditors List as being executed on March 29, 2016, when in fact I executed both the Petition and the 20 Largest Creditors List on March 30, 2016.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Maxwell Joseph Bruner

SWORN TO AND SUBSCRIBED BEFORE ME this 1st day of April, 2016, by Maxwell Joseph Bruner, who is personally known to me or who produced _____ as identification and who did take an oath.

Karen J Helms
Name (printed)

Karen J Helms
Notary Public
My Commission Expires:

KAREN J HELMS
Notary Public - State of Florida
My Commission Expires 6/05/2018
Commission # FF 130165

2