UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                                                    Chapter 11

MAXWELL JOSEPH BRUNER,                                       Case No. 16-30302-JCO

     Debtor.
_____/

**STATEMENT OF ATTORNEY**
**COMPENSATION PURSUANT TO BANKRUPTCY RULE 2016(b)**

Pursuant to 11 U.S.C. §329 of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**"), the attorneys for the Debtor in this case, makes this statement setting forth the compensation paid or agreed to be paid to counsel for services rendered or to be rendered in contemplation of and in connection with this case, and the source of such compensation:

1. Prior to the filing of this case, Stichter Riedel received the aggregate sum of $51,717.00, as a retainer and filing fee in this case (the "**Retainer**"). The Retainer was used first to pay for pre-filing legal services and then to pay the Chapter 11 filing fee of $1,717.00. Stichter, Riedel has received, out of the Retainer, the sum of $21,226.19 for Stichter, Riedel's pre-petition fees and out-of-pocket expenses incurred. The balance of $30,490.81 represents a retainer to be applied against Stichter Riedel's post-petition fees and costs.

2. The sum paid by the Debtor is for legal services rendered or to be rendered and for costs incurred to be incurred in connection with this case. The services rendered or to be rendered by Stichter Riedel include, but are not limited to, the following:

    a. To give the Debtor legal advice regarding his duties as Debtor in Possession in the continued management of his property;

    b. To represent the Debtor in Possession in all administrative, uncontested, and contested matters and adversary proceedings;

    c. To prepare all necessary petitions, answers, orders, reports, schedules, statement of financial affairs, and other legal papers; and

    d. To perform all other legal services for the Debtor as Debtor in Possession which may be appropriate in this case.

  3. The Debtor has paid or agreed to pay Stichter Riedel for all services rendered or to be rendered and all out-of-pocket costs and expenses incurred or to be incurred as follows:

    a. The Debtor shall pay for all services rendered or to be rendered in connection with this case based upon an hourly fee arrangement, subject to determination by the Court, upon proper application by the Debtor's counsel. The fees for the undersigned are calculated on a time basis at the firm's prevailing hourly rates, which at the present time are in the following ranges:

     Partners  $350.00 – $495.00
     Associates $210.00 – $375.00
     Paralegals $125.00 – $200.00

The firm's prevailing hourly rates are subject to periodic increases.

    b. The Debtor shall pay for all out-of-pocket costs advanced on the Debtor's behalf or incurred in rendering legal services on the Debtor's behalf, subject to determination by the court, upon proper application by the Debtor's counsel.

  4. The Retainer paid to Stichter Riedel was provided by Sunset Beach Services Inc.

  5. The source of any additional sums to be paid will be the Debtor's funds or any other source approved by the Court.

6. The undersigned has not shared or agreed to share any portion of its compensation from the Debtor with any other person who is not a member or regular associate of Stichter Riedel.

7. Stichter Riedel has not received any other payment in this case and has no other agreement, except as set forth herein.

Dated:   April 12, 2016.

> */s/ Elena Paras Ketchum*
> Elena Paras Ketchum (FBN 0129267)
> Jodi Daniel Cooke (FBN 052651)
> Stichter Riedel Blain & Postler, P.A.
> 41 N. Jefferson Street, Suite 111
> Pensacola, Florida 32502
> (850) 637-1836 – Phone
> (850) 791-6545 – Fax
> Email:
> eketchum@srbp.com
> jcooke@srbp.com
> Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Statement of Attorney Compensation Pursuant to Bankruptcy Rule 2016(b)* has been furnished on this 12th day of April, 2016, by electronic mail to:

- Jason H. Egan     jason.h.egan@usdoj.gov
- Jodi Daniel Cooke    jcooke@srbp.com; lhathaway@srbp.com
- United States Trustee     USTPRegion21.TL.ECF@usdoj.gov
- Douglas A. Bates   dbates@clarkpartington.com; ldunlap@clarkpartington.com; jfulford@clarkpartington.com.

> */s/ Elena Paras Ketchum*
> Elena Paras Ketchum