UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                                Chapter 11

MAXWELL JOSEPH BRUNER,                             Case No. 16-30302-JCO

      Debtor.
_____/

## MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**"), by and through the undersigned, respectfully requests the entry of an order authorizing it to withdraw as attorney of record for Maxwell Joseph Bruner (the "**Debtor**"), and in support thereof states:

1. Irreconcilable differences have arisen between the Debtor and Stichter Riedel and, as a result, it is inappropriate for Stichter Riedel or the undersigned to continue to represent the Debtor.

2. This motion is filed in good faith, for the reason set forth herein and for no other reasons.

3. In connection with the requested withdrawal, the undersigned and the Debtor request a thirty (30) day continuance of all pending matters in this case to allow the Debtor to secure replacement representation.

WHEREFORE, Stichter Riedel respectfully requests that the Court grant this Motion, enter an order authorizing Stichter Riedel to withdraw as attorney of record for the Debtor and continuing all pending matters in this case for thirty (30) days, and grant such other and further relief as may be just and proper.

      */s/ Jodi Daniel Cooke*

Jodi Daniel Cooke (FBN 052651)
Elena Paras Ketchum (FBN 0129267)
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson Street, Suite 111
Pensacola, Florida   32502
(850) 637-1836 – Phone - Pensacola
(813) 229-0144 – Phone - Tampa
(813) 229-1811 – Fax - Tampa
Email: eketchum@srbp.com;
jcooke@srbp.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Withdraw as Council for Debtor* has been furnished on this 7th day of May, 2016, by direct electronic mail to:

- Jason H. Egan   jason.h.egan@usdoj.gov
- Douglas A. Bates   dbates@clarkpartington.com; ldunlap@clarkpartington.com; jfulford@clarkpartington.com.

      */s/ Jodi Daniel Cooke*
      Jodi Daniel Cooke