UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                    Chapter 11

MAXWELL JOSEPH BRUNER,                                    Case No. 16-30302-JCO

        Debtor.
_____/

## MOTION TO WITHDRAW AS SPECIAL COUNSEL TO DEBTOR

The undersigned, Autumn O. Beck, PLLC ("**Autumn Beck**"), respectfully requests the entry of an order authorizing her to withdraw as special counsel for Maxwell Joseph Bruner (the "**Debtor**"), and in support thereof states:

1.      On April 29, 2016, an Order was entered authorizing the *Application to Employ Autumn O. Beck, PLLC, as Special Counsel Nunc Pro Tunc* [Doc. 55].   Since that time, irreconcilable differences have arisen between the Debtor and the undersigned and, as a result, it is inappropriate for her to continue to represent the Debtor.

2.      This motion ("**Motion**") is filed in good faith, for the reason set forth herein and for no other reasons.

3.      The undersigned intends to file a companion motion to this Motion in the state court case in which she has appeared on behalf of the Debtor, seeking permission to withdraw from her representation of the Debtor in that case.

4.      The undersigned anticipates filing a fee application with this Court for work done on behalf of the Debtor between the petition date and today, the date of her requested withdrawal.

1

WHEREFORE, Autumn Beck respectfully requests that the Court grant this Motion, enter an order authorizing Autumn Beck to withdraw as special counsel to the Debtor, and grant such other and further relief as may be just and proper.

**Autumn O. Beck**
FBN 052651
Autumn O. Beck, PLLC
127 Palafox Place, Suite 100
Pensacola, Florida  32502
(850) 466-3115
aob@autumnobeck.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Withdraw as Special Counsel to Debtor* has been furnished on this 9th day of May, 2016, by direct electronic mail to:

- Jason H. Egan    jason.h.egan@usdoj.gov
- Douglas A. Bates  dbates@clarkpartington.com; ldunlap@clarkpartington.com; jfulford@clarkpartington.com.

**Autumn O. Beck**