UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                    Chapter 11

MAXWELL JOSEPH BRUNER,                    Case No. 16-30302-JCO

          Debtor.

_____/

**ORDER GRANTING MOTIONS TO WITHDRAW (Docs. 60 & 61)
AND DISMISSING BANKRUPTCY CASE WITHOUT PREJUDICE**

THIS CASE came before the Court upon the *Motion to Withdraw as Attorney for Debtor* filed by Stichter, Riedel, Blain & Postler, P.A. (Doc. 60); the *Motion to Withdraw as Special Counsel to Debtor* filed by Autumn O. Beck, PLLC (Doc. 61) (collectively, the "**Motions to Withdraw**"); and a status conference set by this Court.  The Court, having considered the record, the Motions to Withdraw, and the agreement of the Debtor, the objecting creditor, and the United States Trustee's Office that the case should be dismissed, finds that the Motions to Withdraw should be granted and the Debtor's bankruptcy case should be dismissed without prejudice.  Accordingly, it is

          **ORDERED**:

          1.        The Motions to Withdraw are granted effective May 13, 2016.

          2.        This Court retains jurisdiction to consider any applications with respect to fees and/or costs that may be filed with respect to professional services rendered to the Debtor or to any other party in interest during the pendency of this bankruptcy case.

          3.        The Debtor's chapter 11 bankruptcy case is dismissed without prejudice.

4.    This order shall be effective immediately upon entry and shall not be stayed fourteen (14) days in accordance with the local bankruptcy rules of this District.

Dated:  May 16, 2016

_____
JERRY OLDSHUE
U.S. BANKRUPTCY JUDGE

Prepared by Jodi Daniel Cooke

Attorney Jodi Daniel Cooke is directed to serve a copy of this order on interested parties and to file a proof of service within three (3) business days of entry of the order.